CAH/PJM: USAO#2018R00195

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 APR 12 PM 4:30

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | UNDER SEAL |
| v. ) | |
| ) | CRIMINAL NO. JKB-18-204 |
| JAMES HAIR, ) | |
| a/k/a "Mook," ) | (Conspiracy to Distribute Cocaine, 21 |
| ) | U.S.C. § 846; Possession with Intent to |
| Defendant. ) | Distribute Cocaine, 21 U.S.C. § 841) |
| ) | |

## INDICTMENT

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

The Grand Jury for the District of Maryland charges that:

From at least in or about March 2017 through the date of this Indictment, in the District of Maryland and elsewhere, the defendant,

**JAMES HAIR, a.k.a. "Mook,"**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance; a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Section 841(a)(1), (b)(1)(A), (b)(1)(C) of Title 21, United States Code.

21 U.S.C. § 846

## COUNT 2
### (Possession With Intent To Distribute Cocaine and Cocaine Base)

The Grand Jury for the District of Maryland charges that:

On or about April 4, 2017, in the District of Maryland, the defendant,

**JAMES HAIR, a.k.a. Mook,**

knowingly and willfully possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 841.

_____
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

4/12/18
Date

**SIGNATURE REDACTED**
Foreperson