**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal Case No. JKB-18-0204** |
| **JAMES HAIR** | * | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, James Hair, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment imposed in this action as set forth in open court on March 25, 2019.

Respectfully submitted

_____/S/_____
CHRISTOPHER C. NIETO, ESQ. #30031